THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.*
ANONYMOUS, Respondent.

Argued December 4, 1952; decided January 15, 1953.

*Miles F. McDonald, District Attorney (Frank Di Lalla* of counsel), for appellant.

*Max Solorsy* for respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.